UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
AMY WARREN and IESHA CONLEY,
individually and on behalf of all others
similarly situated,

                Plaintiffs,              JUDGMENT
                                      19-CV-6448 (RPK) (LB)

                -against-

WHOLE FOODS MARKET GROUP, INC,

                Defendant.
------------------------------------------------------------ X

        A Memorandum and Order of Honorable Rachel P. Kovner, United States District Judge, having been filed on December 3, 2021, granting Defendant's motion to dismiss; dismissing Plaintiffs' (i) Section 349 and (ii) Section 350 claims and their claims for (iii) negligent misrepresentation; (iv) breach of express warranty; (v) breach of implied warranty; (vi) breach of a written warranty under the MMWA; and (vii) unjust enrichment without prejudice; granting Plaintiffs leave to file a motion within 30 days seeking leave to amend with the proposed Second Amended Complaint attached as an exhibit; and an Order having been filed on January 4, 2022, directing the Clerk of Court to close the case; it is

        ORDERED and ADJUDGED that Defendant's motion to dismiss is granted; that Plaintiffs' complaint is dismissed; and that this case is closed.

Dated: Brooklyn, NY                        Douglas C. Palmer
       January 5, 2022                    Clerk of Court


                                      By: */s/Jalitza Poveda*
                                          Deputy Clerk